## FIRST DEPARTMENT, JANUARY, 1940.
### (January 4, 1940.)

HERMAN A. GREENBERG, Assignee of SAMUEL GREENBERG, and DORA GREENBERG, as Administratrix, etc., of SAMUEL GREENBERG, Deceased, Respondents, v. MAX GOODMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of MARION T. ECKSTROM, Respondent, for the Care, Custody and Control of SUSAN ECKSTROM, Sometimes Known as BETTY RUTH ECKSTROM, an Infant. ADOLPH G. ECKSTROM, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

### (January 5, 1940.)

BETSY RITCHIE ARON, Respondent, v. HAROLD GUTHRIE ARON, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

### (January 8, 1940.)

DOROTHY MCALPIN BELL v. ALFRED D. BELL.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

PACIFIC FINANCE CORPORATION and Others v. WILLIAM H. WHITE, Superintendent of Banks of the State of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

PACIFIC FINANCE CORPORATION and Others v. WILLIAM H. WHITE, Superintendent of Banks of the State of New York, and Others.— Motion granted pending the granting or final refusal by the Court of Appeals of leave to appeal from the order of this court entered on November 17, 1939, and from the judgment entered thereon, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

### (January 12, 1940.)

In the Matter of the Application for a Compulsory Accounting in the Estate of ANNA B. RADFORD, Deceased. MARY RADFORD BURTIS, Appellant; ANNA C. R. WATTS, as Executrix, etc., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CAROLINA SEGRERA MARSHALL, Respondent, v. EVERETT ROBERT MARSHALL, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.